1

1          UNITED STATES DISTRICT COURT

2          WESTERN DISTRICT OF NEW YORK

3

4   - - - - - - - - - - - - -X
    UNITED STATES OF AMERICA              20-MJ-117(HKS)
5
    vs.
6                                         Buffalo, New York
    RONNIE CHARLESTON, ROBERT             August 5, 2020
7   CLAIBORNE, ANTOINE GILBERT,
    TONIE WILEY, AARON SPAIN, JR.,
8   AND ERIC HALE,
               Defendants
9   - - - - - - - - - - - - -X

10

11                 TRANSCRIPT OF PROCEEDINGS
         BEFORE THE HONORABLE H. KENNETH SCHROEDER, JR.
12                UNITED STATES MAGISTRATE JUDGE

13

14

15

16

    AUDIO RECORDER:    Llane M. Guidotti
17

18  ALSO PRESENT:      Brian Mamizuka, U.S. Probation Officer

19
    TRANSCRIBER:       Christi A. Macri, FAPR-CRR-RMR-CSR(CA/NY)
20                     (585) 613-4310
                       Kenneth B. Keating Federal Building
21                     100 State Street, Room 2120
                       Rochester, New York 14614
22

23

24

    (Proceedings recorded by electronic sound recording,
25  transcript produced by computer).

2

1                    A P P E A R A N C E S

2
    JAMES P. KENNEDY, JR., ESQ.
3   United States Attorney
    BY: LAURA A. HIGGINS, ESQ.
4   Assistant United States Attorney
    138 Delaware Avenue
5   Buffalo, New York 14202

6
    BRAUTIGAM & BRAUTIGAM, LLP
7   BY: ANDREW D. BRAUTIGAM, ESQ.
    32 White Street
8   P.O. Box 210
    Fredonia, New York 14063
9   Appearing on behalf of Ronnie Charleston

10
    PAUL G. DELL, ESQ.
11  70 Niagara Street
    Buffalo, New York 14202
12  Appearing on behalf of Robert Claiborne

13
    BARRY J. DONOHUE, ESQ.
14  77 Broad Street
    Tonawanda, New York 14150
15  Appearing on behalf of Antoine Gilbert

16
    BRIAN K. PARKER, ESQ.
17  390 Elmwood Avenue
    Buffalo, New York 14222
18  Appearing on behalf of Tonie Wiley

19
    KEVIN W. SPITLER, ESQ.
20  181 Franklin Street
    Suite 300
21  Buffalo, New York 14202
    Appearing on behalf of Aaron Spain, Jr.
22

23  JOHN PATRICK PIERI, ESQ.
    Cornell Mansion
24  484 Delaware Avenue
    Buffalo, New York 14202
25  Appearing on behalf of Eric Hale

**P R O C E E D I N G S**

\*    \*    \*

(**WHEREUPON**, defendants are present via video).

**THE CLERK:** Judge, I think we're all set.

**MAGISTRATE JUDGE SCHROEDER:** All right.

**THE CLERK:** This is United States vs. Ronnie Charleston, et al., Docket No. 20-M-117.  This is the initial appearance.

Assistant United States Attorney Laura Higgins appearing on behalf of the Government.

Andrew Brautigam appearing with Ronnie Charleston.

Paul Dell appearing on behalf of Robert Claiborne.

Barry Donohue appearing with Antoine Gilbert.

Brian Parker appearing with Tonie Wiley.

Kevin Spitler appearing with Aaron Spain, Junior.

John Pieri appearing with Eric Hale.

United States Probation Officer Brian Mamizuka.

**MAGISTRATE JUDGE SCHROEDER:** Good afternoon. Mr. Charleston, can you hear me?

**DEFENDANT CHARLESTON:** Yes.

**MAGISTRATE JUDGE SCHROEDER:** This is Judge Schroeder speaking.

Mr. Claiborne, can you hear me?

**THE CLERK:** Judge, he's not been arrested yet.

**MAGISTRATE JUDGE SCHROEDER:** Oh, we don't have Mr.

1   Claiborne yet.

2           Mr. Gilbert, can you hear me?

3           **DEFENDANT GILBERT:** Yes.

4           **MAGISTRATE JUDGE SCHROEDER:** Mr. Wiley, can you hear

5   me?

6           **DEFENDANT WILEY:** Yes.

7           **MAGISTRATE JUDGE SCHROEDER:** Mr. Spain, can you hear

8   me?  Mr. Spain?

9           **DEFENDANT SPAIN:** Yes.

10          **MAGISTRATE JUDGE SCHROEDER:** Mr. Hale, can you hear

11  me?

12          **DEFENDANT HALE:** Yes.

13          **MAGISTRATE JUDGE SCHROEDER:** Gentlemen, we are

14  conducting this proceeding this way by way of video

15  conferencing because it is our belief that it's much safer for

16  each of you as well as the attorneys, my court staff, and

17  myself to do it this way rather than having everybody in one

18  courtroom close to one another which would increase the risk

19  of infection being spread by way of the COVID-19 or

20  Coronavirus.

21          And by keeping everyone separated to the extent

22  that we have separation here, I realize five of you are in the

23  cell block, but the attorneys are in their respective offices,

24  my court deputy is in her office, I'm in my chambers, this

25  minimizes that kind of potential for spreading an infection.

1          And so I ask you, Mr. Charleston, if you agree to

2    allowing this proceeding to proceed this way.

3          **DEFENDANT CHARLESTON:** Yes.

4          **MAGISTRATE JUDGE SCHROEDER:** And, Mr. Gilbert, do

5    you agree?

6          **DEFENDANT GILBERT:** Yes.

7          **MAGISTRATE JUDGE SCHROEDER:** Mr. Wiley, do you

8    agree?

9          **DEFENDANT WILEY:** Yes.

10          **MAGISTRATE JUDGE SCHROEDER:** Mr. Spain, do you

11    agree?

12          **DEFENDANT SPAIN:** Yes.

13          **MAGISTRATE JUDGE SCHROEDER:** Mr. Hale, do you agree?

14          **DEFENDANT HALE:** Yes.

15          **MAGISTRATE JUDGE SCHROEDER:** And, Mr. Dell, you are

16    appearing here even though your client Robert Claiborne has

17    not yet been taken into custody; is that correct?  Mr. Dell?

18          **UNIDENTIFIED SPEAKER:** Paul, you're muted and

19    frozen.

20          **MR. DELL:** Can you hear me?

21          **MAGISTRATE JUDGE SCHROEDER:** Mr. Dell?

22          **MR. DELL:** Yes, can you hear me now?

23          **MAGISTRATE JUDGE SCHROEDER:** Now I can hear you.

24    And you are appearing on behalf of Mr. Claiborne, correct?

25          **MR. DELL:** That's correct.  I'm accepting a CJA

1  assignment.  It's my understanding that he has not yet been

2  picked up.

3         **MAGISTRATE JUDGE SCHROEDER:** And on his behalf are

4  you also consenting to the proceeding being conducted by way

5  of this video conference?

6         **MR. DELL:** Yes, I am.

7         **MAGISTRATE JUDGE SCHROEDER:** All right.

8  Mr. Charleston --

9         **DEFENDANT CHARLESTON:** Yes.

10        **MAGISTRATE JUDGE SCHROEDER:** -- Mr. Gilbert --

11        **DEFENDANT GILBERT:** Yes.

12        **MAGISTRATE JUDGE SCHROEDER:** -- Mr. Wiley --

13        **DEFENDANT WILEY:** Yes.

14        **MAGISTRATE JUDGE SCHROEDER:** -- Mr. Spain --

15        **DEFENDANT SPAIN:** Yes.

16        **MAGISTRATE JUDGE SCHROEDER:** -- Mr. Hale --

17        **DEFENDANT HALE:** Yes.

18        **MAGISTRATE JUDGE SCHROEDER:** -- each of you are

19 charged in a criminal complaint as follows: That beginning in

20 or about December 2019 and continuing until in or about March

21 2020, the exact dates being unknown, in the Western District

22 of New York and elsewhere, each of you as defendants did

23 knowingly, willfully and unlawfully combine, conspire and

24 agree, together and with others, known and unknown, to

25 distribute cocaine and cocaine base, both Schedule II

1  controlled substances, in violation of Title 21 of the United

2  States Code, Sections 841(a)(1) and 841(b)(1)(C), all in

3  violation of Title 21 of the United States Code, Section 846.

4            On behalf of the defendant Charleston, Mr.

5  Brautigam, have you received a copy of that criminal

6  complaint?

7            **MR. BRAUTIGAM:** Yes, Your Honor.

8            **MAGISTRATE JUDGE SCHROEDER:** And were you able to

9  review it with Mr. Charleston?

10            **MR. BRAUTIGAM:** I have reviewed the criminal

11  complaint.  I have not had a chance to speak with

12  Mr. Charleston about it.

13            **MAGISTRATE JUDGE SCHROEDER:** All right. Mr. Dell,

14  have you received a copy of the criminal complaint?

15            **MR. DELL:** Yes, I have, and I've reviewed it.

16            **MAGISTRATE JUDGE SCHROEDER:** Mr. Parker, have you

17  received a copy of the criminal complaint?

18            **MR. PARKER:** Yes, Your Honor, and I have reviewed it

19  as well.  And I did have a brief conversation with Mr. Wiley

20  as well.

21            **MAGISTRATE JUDGE SCHROEDER:** Mr. Donohue, have you

22  received a copy of the criminal complaint?

23            **MR. DONOHUE:** Yes, sir, I have received it, but I

24  have not had a chance to review it or to speak with

25  Mr. Gilbert about it.

1          **MAGISTRATE JUDGE SCHROEDER:** All right. Mr. Pieri,

2    have you received a copy of the criminal complaint? You're on

3    mute, Mr. Pieri.  Mr. Pieri, you're on mute; unmute yourself.

4    Push the mute button.

5          **MR. PIERI:** I have reviewed it, Judge, but I have

6    not had any contact with Mr. Hale.

7          **MAGISTRATE JUDGE SCHROEDER:** All right. Mr. Spitler,

8    have you received a copy of the criminal complaint?

9          **MR. SPITLER:** I have reviewed -- I have received and

10    reviewed it.  I have not had an opportunity to review it with

11    Mr. Spain.

12          **MAGISTRATE JUDGE SCHROEDER:** All right. Now, as to

13    each of the defendants -- namely, Charleston, Gilbert, Wiley,

14    Spain and Hale -- each of you are entitled to hire an attorney

15    of your choice to represent you throughout these entire

16    proceedings.

17          But if you cannot afford to hire an attorney

18    because of your financial circumstances, the Court will assign

19    an attorney to represent you and the cost for that legal

20    service will be paid by the taxpayers of this country.

21          Mr. Charleston, do you plan on hiring an attorney

22    of your choice?

23          **DEFENDANT CHARLESTON:** Yes.

24          **MAGISTRATE JUDGE SCHROEDER:** And you have an

25    attorney in mind?

1          **DEFENDANT CHARLESTON:** Yes.

2          **MAGISTRATE JUDGE SCHROEDER:** And who is that?

3          **DEFENDANT CHARLESTON:** Frank LoTempio the third.

4          **MAGISTRATE JUDGE SCHROEDER:** All right. So, Mr.

5     Brautigam, I guess we'll relieve you of having to represent --

6          **THE CLERK:** I'm sorry, I think there's a conflict

7     with Mr. LoTempio, right, Laura?

8          **MS. HIGGINS:** That's correct, Llane.  Thank you.

9          **MAGISTRATE JUDGE SCHROEDER:** Mr. Charleston, I've

10    just been advised that Mr. LoTempio will not be able to

11    represent you because he would have a conflict of interest in

12    doing so.  Apparently that conflict arises to his professional

13    involvement with either other defendants or witnesses in other

14    cases that are related to this matter.

15          So you will have to seek out new counsel of your

16    choice that will not be in a conflict position.  How much time

17    do you think you're going to need to be able to do that?

18          **DEFENDANT CHARLESTON:** About a week.

19          **MAGISTRATE JUDGE SCHROEDER:** All right, I will give

20    you that.  But in the meantime, Mr. Brautigam, I'm going to

21    ask you to continue to stand in for Mr. Charleston so we can

22    complete the proceedings today.

23          **MR. BRAUTIGAM:** I will, Your Honor.

24          **MAGISTRATE JUDGE SCHROEDER:** All right. Mr. Gilbert,

25    do you plan on hiring an --

1          **DEFENDANT GILBERT:** Yes.

2          **MAGISTRATE JUDGE SCHROEDER:** -- do you plan on

3   hiring an attorney of your choice?

4          **DEFENDANT GILBERT:** No.

5          **MAGISTRATE JUDGE SCHROEDER:** Are you asking the

6   Court to assign counsel to represent you because you cannot

7   afford to hire an attorney?

8          **DEFENDANT GILBERT:** Yes.

9          **MAGISTRATE JUDGE SCHROEDER:** Because you are asking

10  the Court to assign counsel to represent you, it will be

11  necessary for you to fill out a financial affidavit setting

12  forth your financial circumstances, swearing to its contents

13  as being complete and true; and you will also be required to

14  allow me to place you under oath and question you about your

15  financial circumstances so that I can make a decision as to

16  whether you qualify financially.

17         However, in the meantime, I am going to assign --

18  who do we have for Mr. Gilbert?

19         **MR. DONOHUE:** Barry Donohue.

20         **MAGISTRATE JUDGE SCHROEDER:** Mr. Donohue as a member

21  of the Criminal Justice Act panel of attorneys to represent

22  you in these proceedings until such time as we determine your

23  financial circumstances.

24         If I do determine that you qualify financially, Mr.

25  Donohue will continue in the representation of you in this

1  matter.  Do you understand?

2          Mr. Gilbert, do you understand?

3          **DEFENDANT GILBERT:** Yes, I understand.

4          **MAGISTRATE JUDGE SCHROEDER:** Mr. Wiley --

5          **DEFENDANT WILEY:** Yes.

6          **MAGISTRATE JUDGE SCHROEDER:** -- do you plan on

7  hiring an attorney of your choice?

8          **DEFENDANT WILEY:** Yes, I do.

9          **MAGISTRATE JUDGE SCHROEDER:** Do you have an attorney

10 in mind?

11         **DEFENDANT WILEY:** I'm probably gonna use Rosato, I

12 think his first name is Frank.

13         **MAGISTRATE JUDGE SCHROEDER:** Say again.

14         **DEFENDANT WILEY:** I haven't contacted him yet.  His

15 name is -- his last name is Rosato.  I think his first name is

16 Frank.

17         **MAGISTRATE JUDGE SCHROEDER:** Any conflict that

18 you're aware of at this time?

19         **MS. HIGGINS:** No, Judge.

20         **MAGISTRATE JUDGE SCHROEDER:** All right. You, Mr.

21 Wiley, of course have a constitutional right to hire an

22 attorney of your choice.

23         But I am going to ask you, Mr. Parker, to remain on

24 board at least for purposes of this proceeding until we

25 determine the situation of retained counsel for Mr. Wiley.

1          **MR. PARKER:** Yes, Your Honor.

2          **MAGISTRATE JUDGE SCHROEDER:** And I thank you for

3   undertaking that representation.

4          Mr. Spain, do you plan on hiring an attorney of

5   your choice?  Mr. Spain?

6          **DEFENDANT SPAIN:** No.

7          **MAGISTRATE JUDGE SCHROEDER:** Are you asking the

8   Court to assign an attorney to represent you because you

9   cannot afford to hire an attorney?  Mr. Spain?

10         Can you hear me, Mr. Spain?

11         **DEFENDANT SPAIN:** Yes.

12         **MAGISTRATE JUDGE SCHROEDER:** Are you asking the

13  Court to assign an attorney to represent you because you

14  cannot afford to hire an attorney?

15         **DEFENDANT SPAIN:** Yes.

16         **MAGISTRATE JUDGE SCHROEDER:** All right. Subject to

17  my determining whether you qualify financially, I am going to

18  assign Mr. Spitler to represent you.

19         And, Mr. Spitler, I'm asking that you undertake the

20  assignment at least until such time as we can get an affidavit

21  from Mr. Spain and I can determine his financial

22  circumstances.  If I find him to be financially qualified, you

23  will continue in that representation.

24         Mr. Hale, can you hear me?

25         **DEFENDANT HALE:** Yes.

1          **MAGISTRATE JUDGE SCHROEDER:** Do you plan on hiring

2    an attorney of your choice?

3          **DEFENDANT HALE:** No.

4          **MAGISTRATE JUDGE SCHROEDER:** Are you asking the

5    Court to assign an attorney to represent you because you

6    cannot afford to hire an attorney?

7          **DEFENDANT HALE:** Yes.

8          **MAGISTRATE JUDGE SCHROEDER:** All right, as I've

9    indicated previously, in order for me to make a determination

10   as to whether a defendant qualifies financially to have such

11   an assignment made, I will require you to fill out a financial

12   affidavit, swear to its contents as being complete and true;

13   and you must also agree to allow me to place you under oath

14   and question you about your financial circumstances.

15          In the meantime, however, I have assigned Mr. John

16   Pieri, a member of the Criminal Justice Act panel of

17   attorneys, to undertake this representation on your behalf

18   subject to your being found qualified financially for

19   assignment.  If I do find you to be so qualified, Mr. Pieri

20   will continue in that representation.

21          So what I'm going to do is I'm going to have each

22   one of those defendants that was requesting assignment of

23   counsel fill out a financial affidavit and be prepared to

24   being placed under oath by me and to answer questions

25   regarding their financial circumstances at an adjourn date

1    that we'll be talking about in a few moments.

2            And Mr. Charleston had indicated that he needs a

3    week to undertake steps to retain an attorney, so that adjourn

4    conference will probably take place the week of August 10th,

5    probably somewhere around the 13th or the 14th of August .

6            In the meantime, what's the Government's position

7    on bail as to each defendant?

8            **MS. HIGGINS:** Judge, I also -- before I start that,

9    I just wanted to mention that as this proceeding was beginning

10   I was notified by law enforcement that Robert Claiborne was

11   taken into custody.

12           I understand they're coordinating with the marshals

13   now and may be able to get him to the courthouse, but I wanted

14   Mr. Dell to know that.

15           **THE CLERK:** Laura, I've been told that he's here, so

16   they're going to bring him into the cell block.

17           **MS. HIGGINS:** Oh, great.  Thank you.

18           **MAGISTRATE JUDGE SCHROEDER:** All right.

19           **MS. HIGGINS:** As for bail, Judge, I am not moving

20   for detention as to any of the defendants except for two.

21           One defendant, Aaron Spain, I was not actually

22   planning to move for detention, but I understand he has

23   refused to engage in the questioning with Probation and so

24   based on that I am asking for him to be detained until such

25   time as he is willing to speak with Probation.

1       I'm also moving for detention as to defendant

2   Ronnie Charleston.  This morning a search warrant was executed

3   at his residence at 98 Lisbon and approximately 1500 rounds of

4   ammunition, along with pistol magazines were recovered from

5   there.

6       Mr. Charleston is a convicted felon for a prior

7   2006 conviction for possession of a loaded firearm.  And so he

8   is charged here in a narcotics case with a statutory maximum

9   of 10 years or more.

10      So pursuant to Title 18, United States Code,

11  Section 3142(f)(1)(C), I am moving for his detention, along

12  with the fact that he is facing a potential charge of a

13  violation of Title 18, United States Code, Section 922(g) for

14  being a felon in possession of ammunition, which would

15  implicate a motion for detention under Title 18, United States

16  Code, Section 3142(f)(1)(E).

17      **MAGISTRATE JUDGE SCHROEDER:** All right,

18  Mr. Charleston has indicated he plans on hiring an attorney of

19  his choice, but now that the Government has moved to detain

20  him that is going to make it a little bit more burdensome for

21  him to undertake that.

22      So, Mr. Brautigam, I'm going to ask for you to

23  continue on behalf of Mr. Charleston and coordinate with him

24  as to his ability to contact attorneys or family members or

25  whatever else needs to be done in order for him to effectuate

1   his constitutional right to hire an attorney of his choice.

2           And you, of course, will be performing these

3   services as an officer of the court and as a member of the CJA

4   panel of attorneys so, therefore, your time will be

5   reimbursed.

6           **MR. BRAUTIGAM:** Yes, Your Honor, I will assist

7   Mr. Charleston in any way that I can.

8           **MAGISTRATE JUDGE SCHROEDER:** All right, I appreciate

9   that.

10          As to Mr. Spain, Mr. Spitler, you've heard the

11  Government's counsel on that issue?

12          **MR. SPITLER:** I did, Your Honor.  I think the only

13  thing I can do is try to set up some arrangement to meet with

14  my client and discuss with him his reason for not providing

15  information to the Probation officers in hopes that we can

16  work something out so he can be released from custody as the

17  case proceeds since the Government seems only to be seeking

18  detention because of his failure to answer the questions of

19  the Probation officer.

20          **MAGISTRATE JUDGE SCHROEDER:** And, Ms. Higgins, I

21  forgot what your position was as far as the defendant

22  Claiborne.

23          **MS. HIGGINS:** Judge, we're not moving for defendant

24  Claiborne's detention.  I understand he is being produced to

25  the cell block.  I don't actually know if he's present there

1  yet, but aside from Mr. Spain and Mr. Charleston, the

2  Government is not moving for detention; we are just supportive

3  of whatever recommendations that the Probation Office makes as

4  far as conditions for release.

5          **MAGISTRATE JUDGE SCHROEDER:** All right. So we have

6  to have dates for detention hearings and we're going to have

7  to have a date for return of the defendants requesting

8  assignment of counsel.

9          In that regard, I'm just looking at my calendar,

10 today being the 5th of August, I can do this on the 13th at

11 10:30.

12         **MR. SPITLER:** As to Mr. Spain, that would be

13 agreeable to me, Your Honor.

14         **MAGISTRATE JUDGE SCHROEDER:** All right. As to Mr. --

15 I have to keep jumping back and forth to get the names --

16         **DEFENDANT CHARLESTON:** Excuse me, Your Honor, can I

17 say something?

18         **MAGISTRATE JUDGE SCHROEDER:** Who is that?

19         **DEFENDANT CHARLESTON:** It's Ronnie Charleston.

20         **MAGISTRATE JUDGE SCHROEDER:** Mr. Charleston, you're

21 the one that is going to be trying to hire an attorney of your

22 choice, correct?

23         **DEFENDANT CHARLESTON:** Yes, Your Honor.  Where I was

24 picked up from was not my residence.  My residence is 168

25 Minnesota.

1          **MAGISTRATE JUDGE SCHROEDER:** Okay, but that's --

2   that's a matter to be discussed with your attorney.

3          I'm looking for that list again, Llane, of the

4   attorneys.

5          **MR. BRAUTIGAM:** I represent Mr. Charleston, Judge.

6   Andrew Brautigam.

7          **MAGISTRATE JUDGE SCHROEDER:** Mr. Brautigam, okay.

8   And the Government's moved to detain him.

9          **MR. BRAUTIGAM:** I am not available on -- from the

10  11th through the 14th.  I would be available the week after.

11  Of course if Mr. Charleston hires an attorney, the scheduling

12  would be on that attorney's calendar.

13          **MAGISTRATE JUDGE SCHROEDER:** Right.  And I'm

14  anticipating with your assistance Mr. Charleston will be able

15  to get -- will be able to get an attorney of his choice.

16          **MR. BRAUTIGAM:** I hope so, Judge.

17          **MAGISTRATE JUDGE SCHROEDER:** So for purposes of

18  moving it along as to him, I'm going to schedule the matter

19  for August the 13th.

20          And if he gets an attorney before then, all the

21  better.  If for some reason he's unable to get one, we'll

22  adjourn the matter and see where we go, all right?

23          **MR. BRAUTIGAM:** Yes, Your Honor.

24          **MAGISTRATE JUDGE SCHROEDER:** Do we have Mr.

25  Claiborne yet in the cell block, Llane?

1          **THE CLERK:** They're bringing him up now.

2          **MAGISTRATE JUDGE SCHROEDER:** Okay.  So, Mr. Spitler,

3  you're going to talk to Mr. Spain?

4          **MR. SPITLER:** Yes, Judge.  I mean, I'm in my office.

5  I don't know if I can -- if I can get over to see Mr. Spain in

6  the marshal's lockup; or if I'm unable to do that, then the

7  marshals are going to have to inform me as to what holding

8  facility they intend to move him to so I can go and meet him

9  at that facility.

10          As I said, if I was -- if they're gonna hold him

11  there for a little while, I could leave my office and come

12  over and meet him in the marshal's lockup.

13          **MAGISTRATE JUDGE SCHROEDER:** Okay.  Now, so who do

14  we have that the Government is not detaining and is asking for

15  assigned counsel?

16          **MS. HIGGINS:**  So, Judge, I believe defendant Hale

17  is asking for assigned counsel, and we are not moving to

18  detain.

19          Defendant Wiley, I believe, has asked for counsel

20  and we have not moved to detain.

21          I can't remember if Mr. Gilbert is planning to hire

22  someone.

23          **MR. PARKER:** Judge, actually Mr. Wiley indicated he

24  might seek to --

25          **MS. HIGGINS:** I'm sorry.

1          **MR. PARKER:** -- he said Rosato, I believe, was the

2  name he provided.

3          **MS. HIGGINS:** That's right.

4          **MR. DONOHUE:** Gilbert will not be seeking counsel

5  was his response.

6          **MS. HIGGINS:** Okay.  So we're not moving to detain

7  Antoine Gilbert.

8          **MAGISTRATE JUDGE SCHROEDER:** So what I'm going to

9  need from Mr. Gilbert is an affidavit and his appearance on

10  August the 13th, 2020 --

11          **MR. DONOHUE:** Your Honor --

12          **MAGISTRATE JUDGE SCHROEDER:** Yes.

13          **MR. DONOHUE:**  -- Barry Donohue, attorney for Mr.

14  Gilbert.  I am out the 11th through the 13th -- I'm sorry, the

15  12th through the 14th.  I will be out of the district.

16          **MAGISTRATE JUDGE SCHROEDER:** All right. What's the

17  17th of August look like, Llane?  We have something on at

18  11 o'clock.  How about -- I'm sorry, that's the 18th I'm

19  looking at.

20          August 17th, which is a Monday, at 10:30 for the

21  assignment of counsel qualification?

22          **MR. DONOHUE:** Yeah, I'd be available for that.

23          **MAGISTRATE JUDGE SCHROEDER:** All right. And we need

24  to also have Mr. Spain qualified, correct?

25          **MR. SPITLER:** Yes.  Were we going to do that on the

1  13th, Judge, at 10:30?  Kevin Spitler.

2           **MAGISTRATE JUDGE SCHROEDER:** Yes, yes.

3           **MR. SPITLER:** Okay.

4           **MAGISTRATE JUDGE SCHROEDER:** And we have -- we're

5  still waiting for Mr. Dell's client, Mr. Claiborne.

6           **MR. PIERI:** And Hale.

7           **MAGISTRATE JUDGE SCHROEDER:** And, Mr. Pieri, you

8  have Mr. Hale?

9           **MR. PIERI:** Yes.

10          **MAGISTRATE JUDGE SCHROEDER:** And the Government is

11 moving or not moving, Ms. Higgins, as to Mr. Hale?

12          **MS. HIGGINS:** Not moving, Judge.

13          **MAGISTRATE JUDGE SCHROEDER:** All right. So we need

14 to qualify Mr. Hale as well.  Are you available for the 13th

15 of August for that, Mr. Pieri?

16          **MR. PIERI:** I am, Judge.

17          **MAGISTRATE JUDGE SCHROEDER:** All right. So

18 August 13th, 2020, did I say 10:30 on that day?

19          **MR. SPITLER:** Yes, Judge.

20          **MAGISTRATE JUDGE SCHROEDER:** All right. For Mr.

21 Hale, so Mr. Pieri will be there.

22          **THE CLERK:**  Do you want Mr. Hale on the 13th or the

23 17th with the other people who are being qualified?

24          **MAGISTRATE JUDGE SCHROEDER:** The only one that has

25 been scheduled for the 17th so far is Mr. Donohue's client.

1          Mr. Parker, you have --

2          **MR. PARKER:** I have Mr. Wiley.  He indicated he

3    might retain counsel, but one more appearance to see if that

4    actually happens.

5          **MAGISTRATE JUDGE SCHROEDER:** All right, so we could

6    do that on the 13th of August for Wiley.

7          **MR. PARKER:** I'm available that morning, yes.

8          **MAGISTRATE JUDGE SCHROEDER:** And did the Government

9    move to detain him, Ms. Higgins?

10         **MS. HIGGINS:** No.

11         **MAGISTRATE JUDGE SCHROEDER:** All right. So Mr. Wiley

12   will not be detained, but he is to appear on August 13th, 2020

13   at 10:30.  And prior to that he is to fill out a financial

14   affidavit and understand that I will place him under oath and

15   question him about his financial circumstances.  He's also to

16   be interviewed by the Probation Office if he has not already

17   done so.

18         Who does that leave us now besides Mr. Claiborne?

19         **UNIDENTIFIED SPEAKER:** Claiborne is in the cell

20   block now, Your Honor.

21         **MAGISTRATE JUDGE SCHROEDER:** All right.

22         **MS. HIGGINS:** I think that's everyone, Judge, except

23   for Mr. Claiborne.

24         **MAGISTRATE JUDGE SCHROEDER:** All right, Mr.

25   Claiborne, can you hear me?

1          **DEFENDANT CLAIBORNE:** Yes.

2          **MAGISTRATE JUDGE SCHROEDER:** Mr. Claiborne?

3          **DEFENDANT CLAIBORNE:** Yes, sir.

4          **MAGISTRATE JUDGE SCHROEDER:** Okay.

5          **DEFENDANT CLAIBORNE:** Yes.  Can you hear me?

6          **MAGISTRATE JUDGE SCHROEDER:** This is Judge Schroeder

7    speaking.  We have your attorney Mr. Paul Dell here and we are

8    conducting this proceeding by way of video conferencing

9    because it is our opinion that this is a better way of doing

10   it for the protection of yourself, the attorneys, my court

11   staff, and myself rather than bring everybody together into

12   one courtroom because doing that would increase the risk of

13   infection spreading, especially in the light of the

14   COVID-19/Coronavirus disease and the ability for that to

15   rapidly spread by individuals coming in contact with one

16   another.

17          So in order to minimize that as much as reasonably

18   possible, we have created this teleconferencing or video

19   conferencing procedure whereby all the attorneys can stay in

20   their respective offices, my court deputy can be in her

21   office, I can be in my office and we can complete what we need

22   to complete as far as the legal process is concerned .

23          Knowing that, do you consent to allow us to conduct

24   this proceeding today by way of this video conference?

25          **DEFENDANT CLAIBORNE:** Yes.

1          **MAGISTRATE JUDGE SCHROEDER:** Thank you.  You are

2    charged in a criminal complaint as follows -- and I'm

3    addressing now Robert Claiborne -- beginning in or about

4    December 2019 and continuing until in or about March 2020, the

5    exact dates being unknown, in the Western District of

6    New York, you the defendant, Robert Claiborne, along with the

7    defendants Ronnie Charleston, Antoine Gilbert, Tonie Wiley,

8    Aaron Spain, Jr., and Eric Hale also known as Cuz E, did

9    knowingly, willfully and unlawfully combine, conspire and

10   agree, together and with others, known and unknown, to

11   distribute cocaine and cocaine base, both Schedule II

12   controlled substances, in violation of Title 21 of the United

13   States Code, Sections 841(a)(1), 841(b)(1)(C), all in

14   violation of Title 21 of the United States Code, Section 846.

15          Since this is a criminal complaint and not an

16   indictment, nor an information, there's no requirement that a

17   plea be entered at this time, but nevertheless, I will enter a

18   plea of not guilty on your behalf as well as on behalf of the

19   defendants Charleston, Gilbert, Wiley, Spain and Hale in this

20   matter.

21          Because you are now charged with a crime, Mr.

22   Claiborne, you have the right to be represented at all stages

23   by an attorney and you have the right to hire an attorney of

24   your choice.

25          But if you cannot afford to hire an attorney

1  because of your financial circumstances, the Court will assign

2  an attorney to represent you and the cost for that legal

3  service will be paid by the taxpayers of this country.

4          Do you plan on hiring an attorney of your choice?

5          **DEFENDANT CLAIBORNE:** No, can't afford it.

6          **MAGISTRATE JUDGE SCHROEDER:** Are you asking the

7  Court to assign an attorney to represent you because you -- of

8  your financial circumstances?

9          **DEFENDANT CLAIBORNE:** Yes.

10         **MAGISTRATE JUDGE SCHROEDER:** All right, I do have

11 Mr. Paul Dell here, who is a member of the Criminal Justice

12 Act panel of attorneys, and I am prepared to assign him to

13 represent you conditioned upon your being qualified

14 financially to have such an assignment made.

15         And the way I do that is by having you fill out a

16 financial affidavit, swear to its contents as being complete

17 and true; and you must also agree to allow me to place you

18 under oath and question you about your financial

19 circumstances.

20         In order for me to do that, we'll need to schedule

21 the matter on August 13th, 2020 because by that time we should

22 have the financial affidavit and you should have -- have had

23 an opportunity to discuss this matter with your assigned

24 counsel Mr. Paul Dell.

25         The Government, as I understand it, is also moving

1 | to have you detained while this matter is pending.

2 |         **MS. HIGGINS:** No, Judge, I'm not moving for Mr.

3 | Claiborne.

4 |         **MAGISTRATE JUDGE SCHROEDER:** You are not moving for

5 | Mr. Claiborne, I stand corrected.

6 |         The Government is not moving to have you detained,

7 | Mr. Claiborne, so I am going to release you on bail with

8 | certain terms and conditions and you will be required to

9 | report back to court or by way of video conferencing on

10 | August the 13th, 2020 when we will review your financial

11 | circumstances and I can make a final determination as to

12 | whether you qualify to continue with assigned counsel or not.

13 |         Do you understand?

14 |         **DEFENDANT CLAIBORNE:** Yes.

15 |         **MAGISTRATE JUDGE SCHROEDER:** All right. So now the

16 | attorneys -- the defendants that the Government is not asking

17 | to detain are Mr. Claiborne, Mr. Gilbert, Mr. Spain -- but Mr.

18 | Spain has to be interviewed by Probation before he can be

19 | released, and Mr. Hale; is that correct, Ms. Higgins?

20 |         **MS. HIGGINS:** Correct.  We're also not moving to

21 | detain Mr. Wiley.

22 |         **MAGISTRATE JUDGE SCHROEDER:** And Mr. Wiley.  So the

23 | only person right now is Mr. Charleston and Mr. Spain; is that

24 | correct?

25 |         **MS. HIGGINS:** Correct.

1          **MAGISTRATE JUDGE SCHROEDER:** Okay.  The two that are

2    detained, Ms. Higgins, are Charleston and Spain, correct?

3          **MS. HIGGINS:** Correct, Judge.

4          **MAGISTRATE JUDGE SCHROEDER:** All right. So Messrs.

5    Claiborne, Gilbert, Wiley and Hale, I'm releasing each of you

6    subject to the following terms and conditions -- so listen

7    carefully because you must obey and carry out and follow

8    through with each and every one of these conditions.  Should

9    you fail to do that, that can result in your bail being

10   revoked and your being locked up and kept locked up until this

11   matter is completed.

12          Do each of you understand?

13          **DEFENDANT CLAIBORNE:** Yes.

14          **DEFENDANT GILBERT:** Yes.

15          **DEFENDANT WILEY:** Yes.

16          **DEFENDANT HALE:** Yes, sir.

17          **MAGISTRATE JUDGE SCHROEDER:** All right. You are

18   hereby made subject to the supervision and authority of the

19   United States Probation Office, and what that means is you

20   must obey and carry out and follow through with every

21   reasonable directive given to you by a representative of that

22   office.  Should you fail to do that, that can result in your

23   bail being revoked and you're being locked up and kept locked

24   up until this matter is completed.

25          You are required to remain at a verified residence

1   approved by the U.S. Probation Office.  And you are not to

2   change residences unless you have first received approval from

3   the U.S. Probation Office to do so.

4        Your travel is hereby limited to the Western

5   District of New York.  You are not to go outside the 17

6   counties of the Western District of New York unless you have

7   first received permission for such travel from the United

8   States Probation Office.

9        If you are seeking such permission, you must supply

10  a complete itinerary of the purpose of your travel, where it

11  is you're going to travel, when you expect to return from such

12  travel and any other information the Probation Office requests

13  of you in that regard.

14       You are hereby prohibited from possessing or having

15  access to any firearms or dangerous or destructive devices.

16  If you do have such possession or access, each of you must

17  make that known to your attorney and I direct each attorney as

18  an officer of the court to then confer with counsel for the

19  Government to make arrangements for the surrender and

20  safekeeping of same while this matter is pending.

21       Each of you are hereby required to report any

22  contact you have with any law enforcement personnel for any

23  reason whatsoever, be it something as minor as a vehicle and

24  traffic stop, or for any other reason.  And that report must

25  be made to the Probation Office within 72 hours after that

1 contact has occurred.

2          Each of you is hereby prohibited from possessing

3 any narcotic drug or substance, even if it's considered legal

4 under the laws of the United States, unless that legal drug or

5 narcotic substance is in the form of medicine that has been

6 duly prescribed for you personally by a duly licensed

7 physician licensed by the State of New York to treat you

8 personally for a medical condition.

9          In other words, even though it might be considered

10 a legal drug or substance, if it's not in the form of medicine

11 prescribed for you by a doctor to treat you for a medical

12 condition, you are not to have it in your possession and you

13 are not to use it.

14          Needless to say, but nevertheless necessary to say,

15 you are not to have in your possession and you are not to use

16 any illegal drug or substance.

17          If the Probation Office so requires, you will be

18 required to submit to drug testing and you will be required to

19 contribute towards the cost of that testing in the form of

20 co-payment, the amount of which will be determined and

21 directed by the Probation Office.

22          You are hereby prohibited from obstructing or

23 interfering in any way with any testing that is covered out --

24 carried out, that is, as to the accuracy or validity of such

25 testing.

1              Anything else, Mr. Mamizuka?

2              **MR. MAMIZUKA:** Judge, with respect to defendant

3    Gilbert --

4              **MAGISTRATE JUDGE SCHROEDER:** Yes.

5              **MR. MAMIZUKA:** -- we would also ask that he report

6    to our office immediately after this hearing and as directed

7    thereafter by a U.S. Probation officer.

8              That he not obtain a passport or other

9    international travel document.

10             That he refrain from excessive use of alcohol.

11             **MAGISTRATE JUDGE SCHROEDER:** All right, those

12   conditions are imposed.

13             And I'm also requiring the other defendants that

14   are being released to surrender any passports or international

15   travel documents that they may have.  They are to be

16   surrendered to the Clerk of the Court no later than 5 o'clock

17   August the 6th, 2020.

18             And they are not to apply for any new or renewal of

19   passports or international travel documents, including but not

20   limited to, enhanced driver's licenses or any other form of

21   documentation that would allow for travel internationally.

22             **MR. MAMIZUKA:** Judge, we would ask that they avoid

23   all contact with co-defendants and defendants in related cases

24   unless approved by our office.

25             **MAGISTRATE JUDGE SCHROEDER:** All right, that

1  condition is also imposed on each of the defendants.

2          **MR. DONOHUE:** With respect to that last condition,

3  Your Honor, please note an objection on behalf of Mr. Gilbert.

4          **MAGISTRATE JUDGE SCHROEDER:** All right. And if Mr.

5  Gilbert has concerns about who that might be or what he's

6  allowed to do or not do, he can discuss that with you as his

7  attorney and that can be worked out with Probation.

8          Anything else, Mr. Mamizuka?

9          **MR. MAMIZUKA:** No, Judge.  As long as the drug

10  testing and alcohol consumption is -- are covered, we should

11  be all set.

12          **MAGISTRATE JUDGE SCHROEDER:** All right.

13          **MR. MAMIZUKA:** We would just ask that all the

14  defendants report to the Probation Office after the hearing

15  today.

16          **MAGISTRATE JUDGE SCHROEDER:** That is so required

17  except for Spain and Charleston.

18          **MR. MAMIZUKA:** Yes, Judge.  Thank you.

19          **MAGISTRATE JUDGE SCHROEDER:** Those defendants that

20  I've said are to be released will be released after any

21  additional processing by either the U.S. Marshal's Service

22  and/or the U.S. Probation Office.

23          Now, once again, gentlemen, each one of you, you

24  must obey and carry out and follow through with all of the

25  terms and conditions that I have stated.

1          And if you fail to do so, that can result in your

2    bail being revoked and your being locked up and kept locked up

3    until this matter is completed.

4          Do you understand?  Do you understand?

5          **DEFENDANT CLAIBORNE:** Yes.

6          **DEFENDANT GILBERT:** Yes.

7          **DEFENDANT WILEY:** Yes.

8          **DEFENDANT HALE:** Yes.

9          **MAGISTRATE JUDGE SCHROEDER:** All right. So we do

10   have the proceedings now scheduled for August 13th, 2020 for

11   all of the defendants except for Mr. Donohue's client, and

12   that's going to be held on August the 17th, correct?

13         **MR. DONOHUE:** Yes, Your Honor.

14         **MR. DELL:** Your Honor, this is Paul Dell on behalf

15   of Mr. Claiborne.  August 13th I have -- I have several

16   matters in state court in the morning.  I'm available that

17   afternoon or any time on Wednesday or Friday.

18         **MAGISTRATE JUDGE SCHROEDER:** Or how is the 17th

19   since Mr. Claiborne is being released?

20         **MR. DELL:** I have -- I have one matter at 9:30 in

21   state court.  I'm available after that.

22         **MAGISTRATE JUDGE SCHROEDER:** All right, we've

23   scheduled Mr. Donohue's client at what time on the 13th?

24         **MR. DONOHUE:** 10:30, Your Honor.

25         **MAGISTRATE JUDGE SCHROEDER:** All right. So, Mr.

1  Dell, 10:45?

2          **MR. DELL:** Sure, 10:45 will be fine.  And this is

3  unusual that we're not in the courtroom with our new clients.

4  Are they being provided our contact information?

5          **UNIDENTIFIED SPEAKER:** I need contact information.

6          **MAGISTRATE JUDGE SCHROEDER:** Well, for those -- for

7  those that have been released, they will be able to contact or

8  at least they have to provide to the Probation Office where

9  they can be reached so that the attorneys can make contact

10  with them, and that information will also be supplied to my

11  court deputy so we know where people are if we need to contact

12  them.

13          **MR. MAMIZUKA:**  Judge, we just want to clarify that

14  all of the released defendants have been ordered to refrain

15  from excessive use of alcohol.

16          **MAGISTRATE JUDGE SCHROEDER:** All right, fine.

17          **MR. MAMIZUKA:** As well as drug and alcohol testing

18  and/or treatment.

19          **MAGISTRATE JUDGE SCHROEDER:** Okay.  For the benefit

20  of those defendants that I said are to report to the Court,

21  we're going to do this again by video conferencing and so what

22  I would expect each defendant that has to report back on

23  either August 13th or August 17th, we're going to do that by

24  teleconferencing and so I will rely on each attorney to take

25  care of that.

1          I'm going to need to be able to place those

2  defendants under oath so that I can question them about their

3  financial circumstances and determine their qualifications for

4  such an assignment.

5          So they're going to have to be able to participate

6  by either coming to the attorney's office or setting it up so

7  that we can have a video conference and I can conduct that

8  questioning with each defendant.

9          Understood?

10          **UNIDENTIFIED SPEAKER:** Yes, sir.

11          **UNIDENTIFIED SPEAKER:** Understood.

12          **MAGISTRATE JUDGE SCHROEDER:** All right. Anything

13  else --

14          **DEFENDANT CHARLESTON:** Your Honor?

15          **MAGISTRATE JUDGE SCHROEDER:** Yes.

16          **DEFENDANT CHARLESTON:** Is there any way that I will

17  be able to get out of here before the 13th, or no?

18          **MAGISTRATE JUDGE SCHROEDER:** Who is this?

19          **MR. BRAUTIGAM:** That's Ronnie Charleston.

20  Mr. Charleston, I can give you my phone number and you can

21  either call me -- if you're in Niagara County it's on the

22  attorney list; or you can have a family member call it, but

23  you don't have anyway to write it down, I guess.

24          **DEFENDANT CHARLESTON:** No, I don't have any family

25  members that will do any of that, sir.

1          **MR. BRAUTIGAM:** Okay.

2          **MAGISTRATE JUDGE SCHROEDER:** Mr. Brautigam is going

3 to help you.  Mr. Charleston, you are going to attempt to hire

4 an attorney of your choice, correct?

5          **DEFENDANT CHARLESTON:** No, I think I'm gonna stick

6 with Mr. Andrew.  I'm trying to get out of here before my

7 daughter's birthday on the 10th, but it don't seem like that's

8 gonna happen.

9          **MAGISTRATE JUDGE SCHROEDER:** Okay, but bear in mind

10 if you're gonna ask for assigned counsel, you're going to have

11 to fill out a financial affidavit.

12          **DEFENDANT CHARLESTON:** I'll fill out the financial

13 affidavit.

14          **MAGISTRATE JUDGE SCHROEDER:** Swear to its contents

15 as being true and complete; and you must allow me to place you

16 under oath and question you about your finances.

17          **DEFENDANT CHARLESTON:** Yes, Your Honor.

18          **MAGISTRATE JUDGE SCHROEDER:** All right.

19          **MR. DONOHUE:** Your Honor, Barry Donohue following up

20 on Paul Dell's point.  Will Probation be furnishing the

21 released defendants the name and telephone number of their

22 lawyer, or will the lawyers reach out to Probation for the

23 telephone numbers of the defendants?

24          **MAGISTRATE JUDGE SCHROEDER:** You can do both as far

25 as I'm concerned.  I have no problem with that.

1          **UNIDENTIFIED SPEAKER:** That's fine with me.  I have

2    no problem with Pretrial giving my client my contact

3    information.

4          **UNIDENTIFIED SPEAKER:** Likewise.

5          **MAGISTRATE JUDGE SCHROEDER:** Okay.  Mr. Mamizuka,

6    can you see that that's done?

7          **MR. MAMIZUKA:** Yes, Judge.  Once they meet with us

8    we'll provide them the -- their respective attorney's contact

9    information.

10          **MAGISTRATE JUDGE SCHROEDER:** All right. So we then

11    have the matters of Mr. Charleston and Mr. Spain that we're

12    going to address for the dates we've established.

13          **MR. SPITLER:** Judge, it's Kevin Spitler.  Judge, can

14    we determine where Mr. Spain -- as I said, I'd like to meet

15    with him -- if he's gonna be in the marshal's lockup for a

16    little while, I can come over and see him over there; if he's

17    about to be transported out to a facility, I'd like the

18    Marshal's Service to be able to tell me which facility he's

19    going to so that I can attend to that.

20          Hopefully, it's the Niagara County Jail, which is

21    the most convenient and the closest of all, but is there some

22    way we can determine if he's gonna be held there for a little

23    while over in the lockup?

24          **MAGISTRATE JUDGE SCHROEDER:** Marshal?  Llane, do you

25    want to follow-up on that?

1          **THE CLERK:** Yeah.

2          **MAGISTRATE JUDGE SCHROEDER:** All right, my court

3 deputy will assist you in that regard, Mr. Spitler.

4          **MR. SPITLER:** Thank you, Judge.

5          **MAGISTRATE JUDGE SCHROEDER:** Okay.  Anything else?

6          **MS. HIGGINS:** No, thank you, Judge.

7          **MAGISTRATE JUDGE SCHROEDER:** We now have the issue

8 of a probable cause hearing and so I have to ask each attorney

9 whether their respective client waives the right to a probable

10 cause hearing or wants a probable cause hearing.

11          **MR. SPITLER:** Judge, as for Mr. Spain, since he

12 remains in custody, I would -- I would request that hearing at

13 this point.  If we're able to meet whatever requirements the

14 Probation Department has put forth and, therefore, there's no

15 further detention of him after that meeting, I would then

16 withdraw that request.  But since he remains in custody, I

17 would ask for that hearing.

18          **MAGISTRATE JUDGE SCHROEDER:** All right, we've got

19 him scheduled for August --

20          **MR. SPITLER:** The 13th, Judge.

21          **MAGISTRATE JUDGE SCHROEDER:** -- the 13th.  So we'll

22 schedule the probable cause hearing if one is needed for that

23 date as well.

24          **MR. SPITLER:** Thank you, Judge.

25          **MS. HIGGINS:** And, Judge, just -- I mean, if it does

1   eventually need to get run because Mr. Spain is not compliant

2   with Probation's questioning, I would ask that the preliminary

3   hearing be set for 14 days from his arrest as the Government

4   is entitled to have that time to prepare.

5           **MAGISTRATE JUDGE SCHROEDER:** Well, but you're also

6   moving to have people detained and I don't want to make that

7   detention any longer than need be and there's no reason why we

8   can't have a probable cause hearing in a shorter period of

9   time.  That's -- that's the Government's right to request that

10  time, but the Court's not obligated to give it.

11          Mr. Dell, as to defendant Claiborne, is he

12  requesting or is he waiving his right to a probable cause

13  hearing?

14          **DEFENDANT CLAIBORNE:** What's a probable cause

15  hearing?

16          **MR. DELL:** I'll waive a probable cause hearing.

17          **MAGISTRATE JUDGE SCHROEDER:** All right. Mr. Wiley's

18  attorney is Mr. Donohue.

19          **MR. PARKER:** No, Parker.

20          **MAGISTRATE JUDGE SCHROEDER:** I'm sorry, Mr. Parker.

21          **MR. PARKER:** Based on the fact he's being released

22  today, I'll waive that on his behalf.

23          **MAGISTRATE JUDGE SCHROEDER:** All right. And attorney

24  for Mr. Hale?

25          **MR. PIERI:** John Pieri, Judge.  I'll waive the

1  hearing.

2            **MAGISTRATE JUDGE SCHROEDER:** All right. So we have

3  Mr. Claiborne, Mr. Wiley, Mr. Spain conditionally, and Mr.

4  Hale waiving their right to a preliminary hearing, right?

5            **MR. PIERI:** Correct.

6            **DEFEDNANT SPAIN:** Excuse me, Your Honor.

7            **MAGISTRATE JUDGE SCHROEDER:** Yes?

8            **DEFENDANT SPAIN:** Yea, I was like confused because

9  I'd like to do mine or whatever.

10            **MAGISTRATE JUDGE SCHROEDER:** Who is this?

11            **DEFENDANT SPAIN:** This is Aaron -- this is Mr.

12  Spain.

13            **MAGISTRATE JUDGE SCHROEDER:** Okay, you have an

14  attorney, Mr. Spain.  That's Mr. Spitler.  So that's something

15  you should discuss with him.

16            **DEFENDANT SPAIN:** Which one is he?

17            **MAGISTRATE JUDGE SCHROEDER:** Mr. Spitler's going to

18  get in touch with you.  In fact, he's going to try to get over

19  to the marshal's lockup this afternoon; and if not, he'll be

20  in touch with you at the facility if you're in Niagara County,

21  correct, Mr. Spitler?

22            **MR. SPITLER:** That is correct, Judge.  Hopefully

23  I'll see him this afternoon.

24            **MAGISTRATE JUDGE SCHROEDER:** All right, I think that

25  addresses everything at this time.

1          **THE CLERK:**  Judge, I think you have to exclude the

2    time.

3          **MAGISTRATE JUDGE SCHROEDER:** Well, we have motions

4    pending by the Government on the detention, so that motion

5    causes the speedy trial clock and the time periods under Rule

6    5.1 of the Federal Rules of Criminal Procedure to be excluded

7    by reason of the provisions of Title 18 of the United States

8    Code, Section 3161(h)(1)(B).

9          And we also have the request that I consider to be

10   a motion or an application by the defendants seeking

11   assignment of counsel who have yet to provide the appropriate

12   financial information to qualify for such assignment and,

13   therefore, that application is also considered to be a basis

14   for excluding time until such compliance is had.

15          **MR. DONOHUE:** Your Honor, Barry Donohue on behalf of

16   Antoine Gilbert.  We didn't address whether or not he waives

17   the preliminary hearing.

18          **MAGISTRATE JUDGE SCHROEDER:** All right.

19          **MR. DONOHUE:** He is likely to for the reasons stated

20   by the other attorneys, but if the Court would permit, I'd

21   like to defer that until the 17th.

22          **MAGISTRATE JUDGE SCHROEDER:** Okay, that application

23   is granted and the time is excluded for the reasons I've

24   previously stated.

25          Anything else?

1          **MR. SPITLER:** No, Your Honor, on behalf of Mr.

2    Spain.

3          **THE CLERK:** Judge?

4          **MAGISTRATE JUDGE SCHROEDER:** Yes.

5          **THE CLERK:** I just spoke to the marshals.  They

6    will put Mr. Spain in a room.  If Mr. Spitler gets there

7    relatively soon, he can meet with him.

8          **MAGISTRATE JUDGE SCHROEDER:** Okay.

9          **MR. SPITLER:** I'll be there in about ten minutes.

10         **MAGISTRATE JUDGE SCHROEDER:** Okay, great.

11         All right, thank you, everyone.  Stay safe.

12         **MR. BRAUTIGAM:** I have a question -- never mind.

13         **THE CLERK:** Judge?

14         **MAGISTRATE JUDGE SCHROEDER:** Yes?

15         **THE CLERK:** Mr. Brautigam had a question.

16         **MAGISTRATE JUDGE SCHROEDER:** Who has?

17         **MR. BRAUTIGAM:** I just would like to know where

18   Mr. Charleston is going to be housed.

19         **MS. HIGGINS:** I think to make it easier for

20   everyone, I don't think any of us know that at this point.

21   You'll need to reach out to the Marshal's Service to confirm

22   where they're going.  I don't mean to be dismissive of the

23   question.  I think we just -- none of us know.

24         **MAGISTRATE JUDGE SCHROEDER:** It's going to depend on

25   the availability of beds.

1           All right, thank you everyone.  Stay safe.

2           (**WHEREUPON**, proceedings adjourned.)

3                        *    *    *

4              **CERTIFICATE OF TRANSCRIBER**

5

6           In accordance with 28, U.S.C., 753(b), I certify that

7    this is a true and correct record of proceedings from the

8    official electronic sound recording of the proceedings in the

9    United States District Court for the Western District of New

10   York before the Honorable H. Kenneth Schroeder, Jr. on August

11   5th, 2020.

12

13   S/ Christi A. Macri

14   Christi A. Macri, FAPR-RMR-CRR-CSR(CA/NY)
     Official Court Reporter

15

16

17

18

19

20

21

22

23

24

25