UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                                                   **DECISION AND ORDER**

      v.                                               20-CR-109-A

RONNIE CHARLESTON,

                    Defendant.

      This case was referred to Magistrate Judge H. Kenneth Schroeder, Jr. pursuant to 28 U.S.C. § 636(b)(1) for the conduct of pretrial proceedings. On January 19, 2021, defendant Ronnie Charleston appeared before Magistrate Judge Schroeder and entered a plea of guilty to Counts 15 and 16 of the Superseding Indictment. Count 15 of the Superseding Indictment charges defendant with possession with intent to distribute cocaine in violation of 21 U.S.C. § 841(a)(1). Count 16 of the Superseding Indictment charges the defendant with being a felon in possession of ammunition in violation of Title 18 U.S.C. § 922(g)(1).

      Magistrate Judge Schroeder issued a Report and Recommendation (Dkt. No. 87) confirming his oral findings that defendant's plea of guilty was knowing, voluntary, and supported by a factual basis. It is hereby

      **ORDERED** that, upon review of the transcript of the January 19, 2021, change-of-plea proceeding before the Magistrate Judge, and the Report and Recommendation, the Court finds that defendant Charleston's plea of guilty was knowing, voluntary, and has a factual basis. Accordingly, defendant Charleston's plea of guilty is accepted

based upon the oral findings of the Magistrate Judge as confirmed in the written Report and Recommendation.  Dkt. No. 87.  Sentencing is scheduled for July 1, 2021 at 12:30 pm.  The parties are directed to the Court's forthcoming Text Order for the submission of sentencing documents.

    **IT IS SO ORDERED.**

                                       ___*s/Richard J. Arcara*_____
                                       HONORABLE RICHARD J. ARCARA
                                       UNITED STATES DISTRICT COURT

Dated: March 25, 2021